STATE of Missouri, Respondent,

v.

Timothy D. STILL, Appellant.

No. WD 63680.

Missouri Court of Appeals,
Western District.

Sept. 14, 2004.

Joshua Fay, Moberly, MO, for Appellant.

Robert W. Wheeler, Keytesville, MO, for Respondent.

Before NEWTON, P.J.,
LOWENSTEIN and HOLLIGER, JJ.

Opinion by LOWENSTEIN, J.

Timothy Still appeals from his conviction for receiving stolen property, Section 570.080.

This court has reviewed the briefs of the parties and the record on appeal. Finding no reversible error, we affirm the conviction. Because a published opinion reciting the facts and restating the applicable principles of law would have no precedential value, this court affirms by summary order under Rule 30.25(b).

Affirmed. Rule 30.25(b).

---

Irene J. SMITH, Appellant,

v.

CITY OF ST. LOUIS, Respondent.

No. ED 83813.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 2004.

Irene J. Smith, St. Louis, MO, pro se.

Mark Lawson, St. Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, JR., and
LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Irene Smith appeals the trial court's entry of summary judgment in favor of the City of St. Louis, in this action to have declared as null and void City Ordinance 65798, which establishes an Information Technology Services Agency for the City. We have reviewed the parties' briefs and the record on appeal. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).